IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

BRANDON REED BERTHEL,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-0101
LT Case No. 2001-CF-000460

Decision filed May 10, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

William Mallory Kent, of Kent &
McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, NARDELLA and WOZNIAK, JJ., concur.